# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-3547
LT Case No. 2021-CF-1408-B

———————————————

JEVARIS N. DORTCH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison L.
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

October 25, 2024

PER CURIAM.

In this *Anders*[1] appeal, we affirm Jevaris N. Dortch's
judgment and sentence in every respect except one. We reverse the
assessment of the $100 public defender application fee and remand

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

for the reduction of that fee to $50. *See* § 27.52(1)(b), Fla. Stat. (2023); *Einsmann v. State*, 293 So. 3d 634, 635 (Fla. 5th DCA 2020).

AFFIRMED in part; REVERSED in part; and REMANDED with directions.

WALLIS, JAY, and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____